UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENSHAWN KING**<br>　　LA. DOC #414038 | **CIVIL ACTION NO. 15-2709**<br>**SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **OFFICER POWERS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against Defendant the Louisiana Department of Public Safety and Corrections be **DISMISSED WITH PREJUDICE** because that Defendant is immune from suit under the Eleventh Amendment;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims against Defendants Officer Netmyer, Warden Hedgemen, and Assistant Warden Knight be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§1915 and 1915A.

**MONROE, LOUISIANA,** this 9th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE