UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KENSHAWN KING** | **CIVIL ACTION NO. 15-2709** |
|     LA. DOC #414038 | |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **OFFICER POWERS, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 45] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion for class certification [Doc. No. 44], filed by Plaintiff Kenshawn King, is hereby **DENIED.**

**MONROE, LOUISIANA, this 17th day of January, 2017.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE